# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

PHILLIP DIONTE BOLER-BEY,

    Petitioner,                       :         Case No. 2:22-cv-2049

- vs -                                          District Judge James L. Graham
                                               Magistrate Judge Michael R. Merz

WARDEN, Marion Correctional
 Institution,

                                              :

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 20), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

       Accordingly, it is hereby ORDERED that the Amended Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

       Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

August 16th, 2023.

                                                       /s/ James L. Graham
                                                       James L. Graham
                                                       United States District Judge